# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re: BOLLING, JOAN M. § Case No. 17-04392-3G7
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 28, 2017. The undersigned trustee was appointed on December 29, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         9,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 5.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 8,995.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/29/2018 and the deadline for filing governmental claims was 06/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $83.38, for total expenses of $83.38.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2018     By: /s/Gregory K. Crews
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-04392-3G7  
**Case Name:** BOLLING, JOAN M.

**Period Ending:** 12/14/18

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 03/19/18 (c)  
**§341(a) Meeting Date:** 04/20/18  
**Claims Bar Date:** 05/29/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1    8712 SW 92nd Place, Unit E, Ocala, FL 34481-0000<br>Orig. Description: 8712 SW 92nd Place, Unit E, Ocala, FL 34481-0000, Marion County Single-family home, Land, The portion of Tract Y in Section 24, Township 16 South, Range 20 East, Marion County, FL, as shown on the Plat of CIRCLE SQUARE WOODS, as recorded in Plat Book P, Pages 30-103 inclusive, of the P.R. of Marion County, FL. Entire property value: $105,008.00; Imported from original petition Doc# 1 | 105,008.00 | 0.00 | OA | 0.00 | FA |
| 2    2015 Hyundai Elantra SE, 12,411 miles, (VIN: KMH<br>Orig. Description: 2015 Hyundai Elantra SE, 12,411 miles, (VIN: KMHDH4AH1FU447486). Entire property value: $10,000.00; Imported from original petition Doc# 1 | 10,000.00 | 4,359.45 | | 4,359.45 | FA |
| 3    Misc kitchen items, misc linens, washer, dryer,<br>Orig. Description: Misc kitchen items, misc linens, washer, dryer, vacuum cleaner, (10) chairs, (2) chest of drawers, (2) coffee tables, (7) end tables, dining table & chairs, (3) china cabinets, (2) dressers, bed, (5) lamps, (2) nightstands, sofa, (5) bookcases, filing cabinet, assorted wall hangings, lazy boy recliner, sofa, misc garden tools, misc hand tools, sofa bed, garage storage, TV trays, electric firplace; Imported from original petition Doc# 1 | 2,530.00 | 0.00 | | 0.00 | FA |
| 4    Cell phone, (2) radios, (3) color tvs, assorted<br>Orig. Description: Cell phone, (2) radios, (3) color tvs, assorted cds,dvds,cassettes; Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 5    Jacqueline Kennedy bride doll, silverplate teapo<br>Orig. Description: Jacqueline Kennedy bride doll, silverplate teapots/trays, handmade music stand, sterling flatware (service for 8); Imported from original petition Doc# 1 | 320.00 | 0.00 | | 0.00 | FA |
| 6    Yamaha piano, homemade dulcimer<br>Orig. Description: Yamaha piano, homemade | 1,010.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-04392-3G7 | Trustee: | (290900) Gregory K. Crews |
|---|---|---|---|
| Case Name: | BOLLING, JOAN M. | Filed (f) or Converted (c): | 03/19/18 (c) |
| | | §341(a) Meeting Date: | 04/20/18 |
| Period Ending: | 12/14/18 | Claims Bar Date: | 05/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | dulcimer; Imported from original petition Doc# 1 | | | | | |
| 7 | Diamond engagement ring, dinner ring, gold and d<br>  Orig. Description: Diamond engagement ring, dinner ring, gold and diamond necklace, Citizens watch, bracelet gold plated; Imported from original petition Doc# 1 | 1,030.00 | 1,030.00 | | 1,030.00 | FA |
| 8 | Assorted clothing<br>  Orig. Description: Assorted clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Cash<br>  Orig. Description: Cash; Imported from original petition Doc# 1 | 53.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money: Bank of the Ozarks checking<br>  Orig. Description: Deposits of money: Bank of the Ozarks checking; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: General Motors pension fu<br>  Orig. Description: Ret. or Pension Acct.: General Motors pension fund (managed through Prudential Insurance of America)- pays monthly annuity; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: US Military Widow's Pensi<br>  Orig. Description: Ret. or Pension Acct.: US Military Widow's Pension benefit (pays monthly annuity); Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Security dep. and prepayments: Security deposit<br>  Orig. Description: Security dep. and prepayments: Security deposit with Teco and Bay Laurel; Imported from original petition Doc# 1 | 263.00 | 0.00 | | 0.00 | FA |
| 14 | America Financial Life and Annuity Ins Co.: Owne<br>  Orig. Description: America Financial Life and Annuity Ins Co.: Owner/Beneficiary: Joan Bolling, Debtor; Imported from original petition Doc# 1 | 3,610.55 | 3,610.55 | | 3,610.55 | FA |
| 15 | National Cremation Society Pre-need Cremation Se<br>  Orig. Description: National Cremation Society | 1,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 17-04392-3G7
**Case Name:** BOLLING, JOAN M.

**Trustee:** (290900) Gregory K. Crews
**Filed (f) or Converted (c):** 03/19/18 (c)
**§341(a) Meeting Date:** 04/20/18
**Claims Bar Date:** 05/29/18

**Period Ending:** 12/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Pre-need Cremation Service; Imported from original petition Doc# 1 | | | | | |
| 15   Assets   Totals (Excluding unknown values) | $125,334.55 | $9,000.00 | | $9,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

12/14/18 TFR prepared.

**Initial Projected Date Of Final Report (TFR):**  February 15, 2019   **Current Projected Date Of Final Report (TFR):**   December 14, 2018  (Actual)

Printed: 12/14/2018 01:19 PM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 17-04392-3G7 | | **Trustee:** | Gregory K. Crews (290900) |
|---|---|---|---|---|
| **Case Name:** | BOLLING, JOAN M. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5566 - Checking Account |
| **Taxpayer ID #:** | **-***8144 | | **Blanket Bond:** | $23,516,752.00   (per case limit) |
| **Period Ending:** | 12/14/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/15/18 | | Joan Bolling | Payment pursuant to court order dated 7/25/18 Doc #34. | | | 9,000.00 | | 9,000.00 |
| | {2} | | Acct #1; Payment #1 | 4,359.45 | 1129-000 | | | 9,000.00 |
| | {7} | | Acct #1; Payment #1 | 1,030.00 | 1129-000 | | | 9,000.00 |
| | {14} | | Acct #1; Payment #1 | 3,610.55 | 1129-000 | | | 9,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 8,995.00 |
| | | | **ACCOUNT TOTALS** | | | **9,000.00** | **5.00** | **$8,995.00** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | **9,000.00** | **5.00** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$9,000.00** | **$5.00** | |

|   |   |
|---|---|
| Net Receipts : | 9,000.00 |
| Net Estate : | $9,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5566** | 9,000.00 | 5.00 | 8,995.00 |
| | **$9,000.00** | **$5.00** | **$8,995.00** |

{} Asset reference(s)

Printed: 12/14/2018 01:19 PM    V.14.14

# Court Claims Register

**Case: 17-04392-3G7        BOLLING, JOAN M.**

Claims Bar Date: 05/29/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | U.S. Bank National Association Trustee (See 410) c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129 <4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>,  100 | Secured 01/29/18 | Claim disallowed pursuant to court order dated 12/12/18 Doc #47. | $179,154.95 $0.00 | $0.00 | $0.00 |
| 4P | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 <5800-00   Claims of Governmental Units>,  570 | Priority 02/27/18 | PO Box 7346 Philadelphia, PA 191017346 | $11,190.70 $11,190.70 | $0.00 | $11,190.70 |
| 1 | U.S. Bank National Association Trustee (See 410) c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/11/18 | c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129 | $173,660.62 $173,660.62 | $0.00 | $173,660.62 |
| 2 | U.S. Bank National Association Trustee (See 410) c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/11/18 | c/o Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO 80129 | $170,922.67 $170,922.67 | $0.00 | $170,922.67 |
| 4U | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/27/18 | PO Box 7346 Philadelphia, PA 191017346 | $11,450.65 $11,450.65 | $0.00 | $11,450.65 |
| 5 | Wells Fargo Bank, N.A. PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/01/18 | PO Box 10438, MAC F8235-02F Des Moines, IA 503060438 | $4,722.90 $4,722.90 | $0.00 | $4,722.90 |

# Court Claims Register

**Case: 17-04392-3G7**   **BOLLING, JOAN M.**

Claims Bar Date: 05/29/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Midland Funding LLC<br>Po Box 2011<br><br>Warren, MI 48090 | Unsecured<br>03/07/18 | <br><br>Po Box 2011<br>Warren, MI 48090<br>-------------------------------------------------------------------------------* * * | $2,610.07<br>$2,610.07 | $0.00 | $2,610.07 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
|   | | | **Case Total:** | | **$0.00** | **$374,557.61** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-04392-3G7
Case Name: BOLLING, JOAN M.
Trustee Name: Gregory K. Crews

**Balance on hand:** $ 8,995.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | U.S. Bank National Association Trustee (See 410) | 179,154.95 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,995.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gregory K. Crews | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - Gregory K. Crews | 83.38 | 0.00 | 83.38 |

Total to be paid for chapter 7 administration expenses: $ 1,733.38
Remaining balance: $ 7,261.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,261.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,190.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | 11,190.70 | 0.00 | 7,261.62 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 7,261.62 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 363,366.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Bank National Association Trustee (See 410) | 173,660.62 | 0.00 | 0.00 |
| 2 | U.S. Bank National Association Trustee (See 410) | 170,922.67 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 11,450.65 | 0.00 | 0.00 |
| 5 | Wells Fargo Bank, N.A. | 4,722.90 | 0.00 | 0.00 |
| 6 | Midland Funding LLC | 2,610.07 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$**    0.00

Remaining balance:    **$**    0.00

**UST Form 101-7-TFR (05/1/2011)**